UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THOSE CHARACTERS FROM CLEVELAND, LLC., <br><br> Plaintiff, <br><br> v. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO, <br><br> Defendants. | Case No.: 21-cv-315 <br><br> Judge: Jorge L. Alonso |

**DEFAULT JUDGMENT ORDER**

This action having been commenced by THOSE CHARACTERS FROM CLEVELAND, LLC. ("Plaintiff" or "Care Bears") against the defendants identified in the attached Amended Schedule A and using the Defendant Domain Names and Online Marketplace Accounts (collectively, the "Defendant Internet Stores"), and Plaintiff having moved for entry of Default and Default Judgment against the defendants identified in Amended Schedule A attached hereto (collectively, the "Defaulting Defendants");

This Court having entered upon a showing by Plaintiff, a temporary restraining order and preliminary injunction against Defaulting Defendants which included a domain name transfer order and asset restraining order;

Plaintiff having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication or e-mail, along with any notice that Defaulting Defendants received from domain name registrars and payment processors, being

notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered the Complaint or appeared in any way, and the time for answering the Complaint having expired, so that the allegations of the Complaint are uncontroverted and are deemed admitted;

THIS COURT HEREBY FINDS that it has personal jurisdiction over Defaulting Defendants, because defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defaulting Defendants are reaching out to do business with Illinois residents by operating one or more commercial, interactive Defendant Internet Stores through which Illinois residents can purchase products bearing counterfeit versions of Care Bears Trademark and Copyrights.

THIS COURT FURTHER FINDS that Defaulting Defendants are liable for willful trademark infringement and counterfeiting (15 U.S.C. § 1114, et seq.), false designation of origin (15 U.S.C. § 1125(a)), copyright infringement (17 U.S.C. § 501) and violation of the Illinois Uniform Deceptive Trade Practices Act (815 ILCS § 510, et seq.).

IT IS HEREBY ORDERED that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED, that Defaulting Defendants are deemed in default and that this Default Judgment is entered against Defaulting Defendants.

IT IS FURTHER ORDERED that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

a. using the CARE BEARS Trademarks or any reproductions, counterfeit copies or colorable imitations in connection with the distribution, marketing, advertising, offering for sale, or sale of any products that are not genuine CARE BEARS products or are not authorized by Plaintiff to be sold in connection with the CARE BEARS Trademarks;

b. passing off, inducing, or enabling others to sell or pass off any products as genuine CARE BEARS products or any other products produced by Plaintiff, that are not Plaintiff's or are not produced under the authorization, control or supervision of Plaintiff and approved by Plaintiff for sale under the CARE BEARS Trademarks;

c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff;

d. shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, or returning products not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear any of the CARE BEARS Trademarks or any confusingly similar trademark or name.

2.   Pursuant to 15 U.S.C. § 1117(c)(2), Plaintiff is awarded statutory damages from each of the Defaulting Defendants in the amount of one-hundred thousand dollars ($100,000) per Defaulting Defendant for the willful use of CARE BEARS Trademarks on counterfeit products sold through the Defendant Internet Stores. This award shall apply to each distinct Defaulting Defendant only once, even if they are listed under multiple different aliases in the Complaint and Schedule A.

3. Wish shall within ten (10) business days of receipt of this Order, release to Plaintiff all monies (up to the amount of the statutory damages awarded in Paragraph 6 above) currently restrained in Defaulting Defendants' financial accounts held by Wish as partial payment of the above-identified damages.

4. The ten thousand dollar ($10,000) surety bond posted by Plaintiff is hereby released to counsel of record for Plaintiff, Michael A. Hierl of Hughes Socol Piers Resnick & Dym, Ltd. at Three First National Plaza, 70 W. Madison Street, Suite 4000, Chicago, IL 60602.

Dated: September 7, 2021

_____
The Honorable Jorge L. Alonso
United States District Judge

**AMENDED SCHEDULE A**

| No. | Defendant Name / Alias |
|---|---|
| 1 | 123456aikozi |
| 2 | a372192051 |
| 3 | abbss |
| 4 | ai18141 |
| 5 | anrpsh |
| 6 | azhongshangdian |
| 7 | bidelin98 |
| 8 | bingrthybg |
| 9 | biwen fashion |
| 10 | broad color |
| 11 | caipingwei Store |
| 12 | caoyan74112 |
| 13 | Captain piggy house |
| 14 | chenfeiping |
| 15 | chengjie163 |
| 16 | Chenqisen55306 |
| 17 | chenxuxing Store |
| 18 | chnggujkj shopping |
| 19 | clweoob |
| 20 | cuili8755 |
| 21 | daichen4 |
| 22 | Dermen Branken Lostmiling |
| 23 | DFGAERYTgr |
| 24 | dfhdfh54d56g |
| 25 | dfhfgdfb |
| 26 | Dion Hui 123 |
| 27 | dkxnbffjckmdns |
| 29 | dsdjksal |
| 30 | ewoif |
| 31 | Fashion Elite |
| 32 | fde4fd5 |
| 33 | fdgfdgzdhgxfh |
| 34 | fejifjdife |
| 35 | fufanghua9 |
| 36 | Gaoxiaofeng147258 |
| 37 | gaoyamei |
| 38 | gaoye225 |
| 39 | gd3aaz |
| 40 | gd4dfg7df8 |

| | |
|---|---|
| 41 | Gefeifei226 |
| 42 | glassczx88 |
| 43 | guangdong.fuzhuangshang99 |
| 44 | guanglv fashion |
| 45 | guokang166836 |
| 46 | guyueyue |
| 47 | haoandtang |
| 48 | hejian fashion |
| 49 | Helen's Love shop |
| 50 | hjdf456gh4j65df |
| 51 | huangyulan fashion |
| 52 | huangzhanxunlu |
| 53 | huanshuaiju58880 |
| 54 | huiyi00 |
| 55 | Huzhenfu123 |
| 56 | jeewee66 |
| 57 | JfshbwD |
| 58 | jindeyixinfuerdu |
| 59 | jiuosjiloutimozi |
| 60 | jutongche96 |
| 61 | jvjhjfbgh |
| 62 | kargru845 |
| 63 | lanhualanhua |
| 64 | lengwh88 |
| 65 | LEONON |
| 66 | Lianglili1984 |
| 67 | liaocaihui fashion |
| 68 | lifei66580 |
| 69 | limyugtgn |
| 70 | LIUGAI |
| 71 | liujielun fashion |
| 72 | liuwenqian66058 |
| 73 | liuyanchun14725 |
| 74 | Magic City |
| 76 | maplesocks2018 |
| 77 | mariajosevesn |
| 78 | mawenwen Store |
| 79 | meihaoyuanwangdedian |
| 80 | mmxhnly |
| 81 | Mosesid |
| 82 | mtaxc |

| 83 | muyang-originally |
|---|---|
| 84 | Niceshow Trade |
| 85 | nnvhuqupo |
| 86 | ongb470 |
| 87 | pangzhaoou1 |
| 88 | psoemfer |
| 89 | qerisj5 |
| 90 | Richard Stickers |
| 92 | Sarraille dream |
| 93 | seaportfashion |
| 94 | uedl8ot7ro |
| 95 | wangxiaolin4442 |
| 96 | weijuli711977 |
| 97 | Wonderwomenshop |
| 98 | xujkijh online store |
| 99 | YangHiMl |
| 100 | yepu8963 |
| 101 | yingyeguoji |
| 102 | yksytjtyuera |
| 103 | YLL1999 |
| 106 | zhengxiaolong fashion |
| 107 | 15138861870@163.com |
| 108 | Aimaim |
| 110 | Ann2543 |
| 112 | baogui trade |
| 113 | BBVV565W |
| 114 | beautiful boy |
| 115 | BIG WORLD TRADE COMPANY |
| 116 | Boyuosty carton |
| 117 | Building Dream Yan |
| 118 | caixiaoqiang5588 |
| 119 | CHINESE STORE |
| 120 | ckchlc |
| 121 | clickfunny |
| 123 | Crayons' International Trade |
| 124 | Create a good time together |
| 125 | Dance On Little Girl |
| 126 | dfzdfsd store |
| 127 | DIYhome |
| 128 | DIYzuanshixiu |
| 129 | donqiahuiyue |

| 130 | EARLFAMILY |
|---|---|
| 131 | enjoying the life |
| 132 | euifyesafkf |
| 133 | euneas polkes |
| 134 | ezve pwoe shop |
| 135 | fanshuzhengsad |
| 136 | Fashion handsome boy |
| 137 | Fashion vv |
| 138 | FASHIONSHOPXM2018 |
| 139 | fastmerch |
| 140 | fengchen13138 |
| 142 | fhueyuhwn |
| 143 | Fuefar bags |
| 144 | gaojunfeng25580 |
| 145 | gaolu0401 |
| 146 | gaoqi988 |
| 147 | GHJCGcvbfxncb |
| 148 | Global MTshop |
| 149 | Goodyouufenxdian |
| 150 | guomingzhang online store |
| 151 | guoyi fashion |
| 152 | Haijanto |
| 153 | handandan fashion |
| 154 | hanfangfang Store |
| 155 | hangzhoulequwanjuyouxiangongsi |
| 156 | hanweiliuzhi |
| 157 | headeb20doo46GDK |
| 158 | hegang fashion |
| 160 | hexiaoqing |
| 161 | hfufhieuskk |
| 163 | huangchangqing888 |
| 164 | huangmeiyan123 |
| 165 | Huohuasz |
| 166 | HZCZMSZX |
| 167 | Icefancy2 |
| 168 | IUGDHSWFOPHI |
| 169 | Jaiinrush vase |
| 170 | Jiamijuly Carton |
| 171 | jieyuan fashion |
| 172 | jijunwen supper-market |
| 174 | JIZHENJI |

| 175 | JUN |
|---|---|
| 176 | junjun trade store |
| 177 | Justin Crewse |
| 178 | Kathryn Jarvisp |
| 179 | kieyuwsch |
| 181 | Lanxi Hao Bo ecommerce.Co., Ltd. |
| 182 | Le jia flagship store |
| 183 | li cheng ming1314 |
| 184 | libei123456 |
| 185 | Libolun51 |
| 186 | lihuafeng1996 |
| 187 | liminminli |
| 188 | LimPrice |
| 189 | lindonghua fashion |
| 190 | linyongsen |
| 191 | lishun123 |
| 192 | liumeijuan |
| 193 | liuzhen123 |
| 194 | lixinxin8888 |
| 195 | liyouju |
| 196 | LJYLL |
| 197 | lovechrist |
| 198 | lvmeng fashion |
| 199 | M BVC PWZ |
| 200 | ma |
| 201 | Meizaibay Pants |
| 202 | Mingying0824 |
| 204 | miss rong 3218 |
| 205 | MK7RVUUH |
| 206 | Mking |
| 207 | mpurfjk wholeshop |
| 208 | Nengman Store |
| 209 | New You |
| 210 | official*zhiyong |
| 211 | qcy3288 |
| 212 | qioujinhua |
| 213 | renshengbuleia |
| 214 | rising stars |
| 215 | ruixingjieli |
| 216 | sdfooi fashion store |
| 217 | shamenchuanqixingwangluokejiyouxiangongsi |

| | |
|---|---|
| 218 | stylish store |
| 219 | SuperbFashion |
| 220 | taiyanghuadayang |
| 221 | The curtain |
| 222 | toys camp |
| 223 | TravelThings |
| 224 | Two Squirrels Electronic Commerce Limited |
| 227 | wangzhixiang301 |
| 228 | WaterWANG |
| 229 | Wcomhlis |
| 230 | wmbhlb wholeshop |
| 231 | woaiwojia110 |
| 232 | Wosodnsuner |
| 234 | xiaoyangshipin |
| 235 | XIAXINAA |
| 236 | xiongcaiwei fashion |
| 237 | xuchaolong |
| 238 | Xueting business |
| 239 | Y&M Business Inc. |
| 240 | yangwenxing |
| 241 | yejunming |
| 242 | YM MALL |
| 243 | yrzyrz654 |
| 244 | zarn |
| 245 | zhangfanghua698 |
| 246 | zhanghongfen fashion |
| 247 | ZHANGJUNDD |
| 248 | zhanglili fashion |
| 249 | ZHENGyuanminwei |